## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| THE INGROS FAMILY LLC, | : | Bankruptcy No. 20-22606 CMB |
| Debtor, | : | Chapter 11 |
| | : | |
| ENTERPRISE BANK, | : | Adversary No. 20-2165 CMB |
| Plaintiff, | : | Related to Doc. No. 1 |
| | : | |
| v | : | |
| | : | |
| THE INGROS FAMILY LLC a/k/a | : | |
| INGROS FAMILY LLC and | : | |
| RYAN SHARBONNO, | : | |
| Defendants. | : | Hearing: December 2, 2020 at 3:00 P.M. |

## **ORDER**

**AND NOW**, this **19th** day of **October, 2020,** it is hereby **ORDERED, ADJUDGED and DECREED** that a Status Conference on the *Notice of Removal* is scheduled on ***December 2, 2020*** at ***3:00 P.M.*** via the ***ZOOM Video Conference*** Application ("Zoom"). To join the Zoom hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.

FILED
10/19/20 3:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

Carlota M. Böhm    dmr
Chief United States Bankruptcy Judge