# PROCEEDING MEMO

**Date: 12/02/2020 03:00 pm**

**In re: The Ingros Family LLC**

**Bankruptcy No. 20-22606-CMB**
**Chapter: 11 (Not Small Business)**

**Adversary No. 20-2165 CMB**
**Doc. No. 1**

Enterprise Bank, Plaintiff v. The Ingros Family, LLC and Ryan D. Sharbonno, Defendants

**Appearances:** Thomas Reilly, Ryan Cooney, Bill Stang, Joseph Fidler, Salene Kraemer

**Nature of Proceeding:** #1 Status Conference on Notice of Removal

**Additional Pleadings:**

**Judge's Notes:**
-Reilly: Not just a priority issue. Issue of whether the absence of the correct name defeats the lien. Filed equivalent of 12(b)(6) and think a briefing schedule would be appropriate. Can write a brief in 20 days.
-Stang: Request 20 days to file a reply brief.
- Cooney: Debtor is a defendant but the crux of the fight is between Enterprise and Sharbonno. Debtor believes value of property covers all secured creditors. Preference is to refinance but may have to pivot to a sale.
- Debtor needs to file answer. The parties' proposed consent order (filed in Adv. No 20-2184) that would consolidate the 2 adversary proceedings provides for Debtor to file a responsive pleading in what would be the operative docket (Adv No 20-2165) within 14 days.
OUTCOME:
- Entry of the proposed consent order consolidating the adversaries taken under advisement.
-Scheduling Order to be issued setting briefing deadlines on Preliminary Objections/12(b)(6) filed by Sharbonno.

FILED
12/2/20 4:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota M. Böhm**
**Chief Bankruptcy Judge**