IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

THE INGROS FAMILY LLC,

    Debtor.

ENTERPRISE BANK,

    Plaintiff,

vs.

THE INGROS FAMILY LLC a/k/a
INGROS FAMILY LLC and RYAN
SHARBONNO

    Defendants.

BANKRUPTCY NO. 20-22606-CMB

ADVERSARY NO. 20-02184-CMB

AND

ADVERSARY NO. 20-02165-CMB

CHAPTER 11

## CONSENT ORDER OF COURT

AND NOW, to-wit, this __2nd__ day of __December__, 20 __20__, with the consent of the parties to the within action, as evidenced by their respective counsel's signature, and in consideration of the Motion to Dismiss filed by Ryan D. Sharbonno contending that the action removed by the Debtor to this Court pending at Adversary Docket No. 20-02165-CMB is a prior pending action asserting the same causes of action and requests for relief as set forth in the Complaint in the within Adversary Proceeding, and it appearing to the Court that the causes of action and relief requested at Adversary No. 02-*02184-CMB and No. 20-02165-CMB are identical, it is hereby ORDERED that this Adversary Proceeding, at Docket No.20-02184-CMB  shall be, and is hereby, consolidated and merged with the Adversary Proceeding now pending at Adversary Proceeding Docket No. 20-02165-CMB.

Docket No. 20-2165 shall be the operative docket and the Pleadings filed at Docket No. 20-02165 shall be the operative pleadings in the consolidated adversary proceedings. No further Pleading is required at Adversary No. 20-02184-CMB. Debtor shall file a responsive pleading to the Plaintiff's Complaint at Adversary Proceeding No. 20-02165-CMB within 14 days of the date of this Order. This Order shall be docketed at both Adversary Nos. 20-02184-CMB and 20-02165-CMB.

          **BY THE COURT:**

_/s/ Carlota M. Böhm_ dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

CONSENTED TO:

_/s/ William Stang_
William Stang, Esquire
Attorney for Enterprise Bank

FILED
12/2/20 5:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_/s/ Laurel P. McKenna_
Lauren P. McKenna, Esquire
Attorney for Enterprise Bank

_/s/ Ryan Cooney_
Ryan Cooney, Esquire
Attorney for The Ingros Family LLC a/k/a Ingros Family LLC

_/s/ Thomas E. Reilly_
Thomas E. Reilly, Esquire
Attorney for Ryan D. Sharbonno

\* The typographical error is corrected to refer to Adversary No. 20-02184.