## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| **THE INGROS FAMILY LLC,** | : | Bankruptcy No. 20-22606-CMB |
| | : | |
| Debtor. | : | Chapter 11 |
| _____ | : | |
| | : | |
| **ENTERPRISE BANK,** | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Adversary No. 20-2165-CMB |
| | : | |
| **THE INGROS FAMILY LLC a/k/a** | : | |
| **INGROS FAMILY LLC and** | : | |
| **RYAN SHARBONNO,** | : | Related to Doc. No. 1 |
| | : | |
| Defendants. | : | |
| _____ | : | |

### ORDER

**AND NOW,** this **3rd** day of **December**, **2020**, following the status conference held December 2, 2020, on the Notice of Removal (Doc. No. 1) filed by the Debtor and based upon the parties' representations at that time and a review of the docket, this Court finds as follows:

1. Enterprise Bank commenced this action in the Court of Common Pleas of Beaver County seeking a determination that Enterprise Bank has a valid, first priority lien on property located at 295 Third Street, Beaver, PA.

2. Due to the bankruptcy filing, Debtor did not file a responsive pleading while the action was pending in state court. By Consent Order dated December 2, 2020 (Doc. No. 8) entered in this adversary proceeding, Debtor is required to file a responsive pleading within 14 days.

3. Defendant Ryan Sharbonno ("Sharbonno") filed Preliminary Objections in the state court action requesting dismissal of the claims against him for failure to state a claim upon which relief can be granted.

4. Enterprise Bank filed a response to the Preliminary Objections.

5. No briefs have been filed by the parties.

Based on the foregoing, it is hereby **ORDERED, ADJUDGED, and DECREED** that:

1. Any response by the Debtor to the Preliminary Objections shall be filed on or before **January 5, 2021.**

2. Sharbonno shall file a brief in support of his Preliminary Objections on or before **January 20, 2021.**

3. Response briefs shall be filed on or before **February 11, 2021.**

4. Unless permission is granted upon motion prior to filing, no brief by any party shall be in excess of twenty pages.

5. On or before **February 18, 2021,** counsel shall meet and confer for a **minimum of two hours**. Parties with authority to settle shall participate. At that time, the parties shall attempt to resolve **all matters in dispute**, including but not limited to the Preliminary Objections.

6. On or before **February 19, 2021,** Attorney Reilly shall file a joint status report, after consulting with opposing counsel, advising if any issue(s) have been resolved and/or narrowed, whether the parties seek additional time to negotiate, and any other items relevant to the upcoming oral argument.

7. Oral argument shall be held on **March 8, 2021,** at **1:30 P.M.** via the Zoom Video Conference Application ("Zoom"). To join the Zoom hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191.

FILED
12/3/20 2:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm    **dmr**
Chief United States Bankruptcy Judge