**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
2/19/21 1:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| **IN RE:** | |
| **THE INGROS FAMILY LLC,** | Bankruptcy No. 20-22606-CMB |
| Debtor. | Adversary No. 20-02165-CMB |
| **ENTERPRISE BANK,** | Adv. Doc. No. |
| Plaintiff, | Related to Adv. Doc. No. 9, 24 |
| vs. | |
| **THE INGROS FAMILY LLC a/k/a INGROS FAMILY LLC and RYAN SHARBONNO.** | |

## ORDER OF COURT

It is hereby, **ORDERED, ADJUDGED** and **DECREED** that the Parties and their Counsel shall meet and confer for a minimum of two hours on or before March 4, 2021. On or before March 8, 2021, Attorney Reilly shall file a joint status report, after consulting with opposing counsel, advising if any issue(s) have been resolved and/or narrowed, whether the parties seek additional time to negotiate, and any other items relevant to the upcoming oral argument.

It is **FURTHER ORDERED** that the oral argument scheduled for March 8, 2021 is CANCELLED, and RESCHEDULED to *March 30, 2021* at *10:00 A.M.* via the Zoom Video Conference Application ("Zoom"). To join the Zoom hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191.

Date: February 19, 2021

_Carlota M. Böhm_ dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge