IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

THE INGROS FAMILY LLC,  Bankruptcy No. 20-22606-CMB

    Debtor.  Adversary No. 20-02165-CMB

ENTERPRISE BANK,  Chapter 11

    Plaintiff,  Related to Doc. No. 9, 24, 25

  vs.

THE INGROS FAMILY LLC a/k/a
INGROS FAMILY LLC and RYAN
SHARBONNO,

    Defendants.

## STATUS REPORT AS OF APRIL 19, 2021

There have been discussions but it does not appear that the parties are any further ahead than as reported in the last Status Report.

THOMAS E. REILLY, P.C.

Dated: 04/19/2021   By: /s/ Thomas E. Reilly
Thomas E. Reilly, Esquire
Pa. I.D. #25832
1468 Laurel Drive
Sewickley, PA 15143
(724) 933-3500
(724) 933-3505 (fax)
tereilly@tomreillylaw.com