# PROCEEDING MEMO

**Date:** 04/28/2021 02:30 pm

**In re: Enterprise Bank v. The Ingros Family, LLC et al**

>Bankruptcy No. 20-02165-CMB
>Chapter: 11
>
>Adversary No. 20-2165 CMB
>Doc. No. 1

Enterprise Bank, Plaintiff v. The Ingros Family, LLC, Defendant

**Appearances:** Ryan Cooney, Lauren P. McKenna, Thomas E. Reilly

**Nature of Proceeding:** #1 Status Conference on Notice of Removal

**Additional Pleadings:** #32 Status Report As Of 04/19/2021

**Judge's Notes:**
 -Parties are still trying to work together to resolve outstanding issues.
 OUTCOME: Continued to 6/10 at 2:30 pm.
 -Attorney Cooney to file status report on or before 6/1.

>Carlota M. Böhm
>Chief Bankruptcy Judge

FILED
4/28/21 3:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA